The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT DOUGLAS BRILL,<br><br>Defendant. | NO. CR25-034-JNW<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property (the "Subject Property"), which has been preliminarily forfeited by Defendant Scott Douglas Brill:

    a.    A OnePlus cell phone, serial number 990018932840477, seized on or about January 14, 2025.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate for the following reasons:

1. On August 27, 2025, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting to the United States the Defendant's interest in it. Dkt. No. 34;

Final Order of Forfeiture - 1
*United States v. Brill,* CR25-034-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 40) and attempted to provide direct notice, by means reasonably calculated to reach them, to any potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Declaration of AUSA Jehiel I. Baer in Support of Motion for Final Order of Forfeiture, ¶ 2, Exhibit A); and

3. The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States.

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 16th day of December, 2025.

_____
THE HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Brill,* CR25-034-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2  Presented by:
3
4  *s/ Jehiel I. Baer*
   JEHIEL I. BAER
5  Assistant United States Attorney
   United States Attorney's Office
6  700 Stewart Street, Suite 5220
   Seattle, Washington 98101
7  Phone: (206) 553-2242
   Fax: (206) 553-6934
8  Jehiel.Baer@usdoj.gov
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Final Order of Forfeiture - 3
*United States v. Brill,* CR25-034-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970